UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Matthew Thomas Pickens, # 151245, *aka* Matthew T. Pickens, <br><br> Plaintiff, <br><br> vs. <br><br> United States Department of Justice; Federal Bureau of Investigation; Janice Galli McLeod, *Associate Director of the USDOJ*, and Kevin F. McDonald, *Assistant United States Attorney*, <br><br> Defendants. | C/A No. 2:11-1168-RBH-JDA <br><br><br><br><br> **Report and Recommendation** *for* ***Partial*** **Summary Dismissal** |

This case is filed by a state prisoner seeking FBI reports relating to his request for a criminal investigation. This case is styled as an action seeking federal court review of an agency's denial of a request under the Federal Freedom of Information Act (FOIA). Plaintiff has sought copies of FBI records relating to his request for a federal criminal investigation of the Circuit Court for Anderson County and the State of South Carolina's unified judicial system.

In an order [ECF No. 9] filed in this case on May 18, 2011, the undersigned directed Plaintiff to submit summonses and Forms USM-285. Plaintiff has done so. Hence, the above-captioned case is now "in proper form."

1

Two of the named defendants are not proper defendants in an action seeking federal court review of a denial of a request under the FOIA.  See *Benavides v. Bureau of Prisons*, Civil Action No. 09-2026 (JEB), ___ F. Supp. 2d ___, 2011 WL 1195800, *1 n. 1 (D.D.C. March 30, 2011) ("The DOJ is an executive agency to which the FOIA applies, and the Court considers the DOJ as the proper party defendant."); and *Reich v. U.S Dept. of Energy,* Civil Action No. 09-10883-NMG, ___ F. Supp. 2d ___, 2011 WL 977602 (D. Mass. March 17, 2011) (Oak Ridge National Laboratory not federal agency for purposes of the FOIA).  As a result, Janice Galli McLeod, *Associate Director of the USDOJ*, and Kevin F. McDonald should be dismissed from this action *without prejudice* because they are not "proper defendants" in an action under the FOIA.

## *Recommendation*

Accordingly, it is recommended that the District Court summarily dismiss Janice Galli McLeod and Kevin F. McDonald as defendants in the above-captioned case *without prejudice* and without service of process.  Plaintiff's attention is directed to the Notice on the next page.

May 31, 2011  
Greenville, South Carolina

s/Jacquelyn D. Austin  
Jacquelyn D. Austin  
United States Magistrate Judge

2

**Notice of Right to File Objections to Report and Recommendation**

The plaintiff is advised that he may file specific written objections to this Report and Recommendation with the District Judge. **Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections.** "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (*quoting* Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see* Fed. R. Civ. P. 6(a), (d). Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

> **Larry W. Propes, Clerk of Court**
> **United States District Court**
> **300 East Washington Street — Room 239**
> **Greenville, South Carolina 29601**

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).